# Class Action

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Brian Washington

Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

CIVIL ACTION

NO.

SECTION

Class Action

versus

State Farm
Lyft
Calloway Law firm
Captain Calloway
Andrew Albert · Stephen Eckholdt
Warden St. Tammany Jail

Print the full name of all defendants in this action.
DO NOT WRITE et al.

SEP 3 2025

## COMPLAINT

I. Previous Lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
  Yes ( ✓ ) No ( )

I fear for my life if I die

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs  See Court Records

   Defendants  See Court Records

   *SEE Court Records*

2. Court (If federal court, name of the district court; if state court, name the parish.) _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes (✓)  No ( )

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

**Not malicious my life is in Danger**

II. PLACE OF PRESENT CONFINEMENT: **St. Tammany Jail**

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)  No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓)  No ( )

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

**I'm still being Refused after Sep 3, 2025**

2

Fake Charges Tampering with Surveillance Felony False I fear for my life I'm Being Refused.

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____

D. If your answer is NO, explain why you have not done so: _____

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff: Class Action Brian Washington
(First - Middle - Last)
Prisoner Number: 238164
Address: P.O Box 908 Covington LA, 70434
Date of Birth: 02-01-1998
Date of Arrest: March 06, 2025
Date of Conviction: N/A

March 06, 2025 I turned myself in on misdemeanors. This Jail St. Tammany Captain Galloway has put over 223 Fake Charges on me its happening again.

3

III. A (continued) – ADDITIONAL PLAINTIFFS          In Re:_____

(Complete the information below for each additional plaintiff. Each additional plaintiff must read plaintiffs' declaration below and personally sign.)

Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.  *Class Action*

Full Name of Plaintiff (First - Middle - Last): **Brian Washington**
Prisoner Number: **238144**
Address: **P.O. Box 909 Covington, LA, 70434**
Date of Birth: **02-01-1995**
Date of Arrest: **03-04-2025**
Date of Conviction: **N/A**
Signature: *[signed]*

Full Name of Plaintiff (First - Middle - Last): _____
Prisoner Number: *Class*
Address: _____
Date of Birth: _____
Date of Arrest: *Action*
Date of Conviction: _____
Signature: _____

Full Name of Plaintiff (First - Middle - Last): _____
Prisoner Number: _____
Address: _____
Date of Birth: _____
Date of Arrest: _____
Date of Conviction: _____
Signature: _____

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant _____ is employed as _____ at _____
   Address for service: _____

C. Defendant _____ is employed as _____ at _____
   Address for service: _____

D. Defendant _____ is employed as _____ at _____
   Address for service: _____

E. Defendant _____ is employed as _____ at _____
   Address for service: _____

F. Defendant _____ is employed as _____ at _____
   Address for service: _____

G. Defendant _____ is employed as _____ at _____
   Address for service: _____

*See Court Records*

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

False imprisonment Fake Charges Tampering with Surveillance Felony to Stop me From Court Civil Court Galloway Law firm Stoping me from going to court of Appeal ETC my life is Endanger

I'm Being Framed Blackmailed Inside Jail If I Die

V.   Relief   In Jail Note for legal

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I NEED Protective orders ov I All My Life is in Danger Galloway Law Firm ETC is involved ETC Resolution A.S.A.P

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 4 day of Sep, 20 25

(Signature of Plaintiff)

I'm Still Pre-trial Inmate I'm Being held here illegally

10/2015

5



# Mailroom

For 264478: BRIAN WASHINGTON A79 PARISH PRISONER on 9/2/2025 1:17:39 PM
Dates and Times are presented in Central Time (US & Canada)

**Issue ID: 39020438**

| | |
|---|---|
| Last Assigned to: | None on 9/2/2025 1:29:58 PM |
| Last Status: | Responded & Closed by Deputy Atkins - STPSO Jail on 9/2/2025 1:29:58 PM |

need 1983 action form

*Submitted by 264478: BRIAN WASHINGTON A79 PARISH PRISONER on 9/2/2025 1:17:40 PM*

ok

*Responded & Closed by Deputy Atkins - STPSO Jail on 9/2/2025 1:29:58 PM*

I NEED A Protective Order
GALLOWAY LAW firm
CAPTAIN GALLOWAY
WARDEN
Andrea Albert ETC

Printed 9/2/2025                                Page 1 of 1